Illinois Midwest Joint Stock Land Bank of Edwardsville, appellant, v. Martha A. Pomroy et al., appellees. Gen. No. 8,864.

Opinion filed January 14, 1935.

John W. Williams and Burroughs, Simpson & Reed, for appellant. O'Harra, O'Harra & Roeth and Henry S. Walker, for certain appellee.

Mr. Justice Davis delivered the opinion of the court.

Isabel Newton Oliver, appellant, v. Estate of Levi Walker, deceased, appellee. Gen. No. 8,867.

Opinion filed January 14, 1935. Rehearing denied April 2, 1935.

Ferdinand Tunnell, for appellant. C. E. Springstun, for appellee.

Mr. Justice Davis delivered the opinion of the court.

## Fourth District.

Freda Herman, appellee, v. Chapman Hotel Corporation, appellant.

Opinion filed January 4, 1935.

Farmer, Klingel & Baltz, for appellant. Philip G. Listeman and Beasley & Zulley, for appellee.

Mr. Presiding Justice Edwards delivered the opinion of the court.

H. J. H. Becker, appellant, v. City of West Frankfort, appellee.

Opinion filed January 4, 1935.

Denison & Spiller, for appellant. J. E. Carr and W. F. Dillon, for appellee.

Mr. Justice Murphy delivered the opinion of the court.